IN THE SUPREME COURT OF TEXAS

 No. 07-0283

 IN RE LANDRY'S RESTAURANTS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion to stay apex deposition, filed April
10, 2007, is granted. The order dated March 16, 2007, denying motion to
quash plaintiffs' notice of intention to take the oral and video deposition
of Tilman Fertitta and the order dated March 30, 2007, denying motion to
reconsider the denial of a protective order from an apex deposition in
Cause No. 2006-CI-10441, styled TRS of San Antonio, Ltd. d/b/a Italia
Ristorante and TRS of San Antonio, Ltd. d/b/a Pieca D'Italia v. Casino
Club, Ltd. and Landry's Restaurants, Inc., in the 407th District Court of
Bexar County, Texas, are stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., April 23,
2007.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 11, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk